**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



## Court of Appeals
### Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

June 2, 2015

Hon. J. Lynn Watson
Rosenthal & Watson
P. O. Box 201658
Austin, TX 78720
* DELIVERED VIA E-MAIL *

Hon. Norton A. Colvin Jr.
Colvin, Chaney, Saenz & Rodriguez, LLP
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78522-2155
* DELIVERED VIA E-MAIL *

Hon. Mitchell Craig Chaney
Colvin, Chaney, Saenz & Rodriguez, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Marc G. Rosenthal
ROSENTHAL & WATSON
P.O. Box 201658
Austin, TX 78720
* DELIVERED VIA E-MAIL *

Hon. David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
* DELIVERED VIA E-MAIL *

Hon. Kent Geoffrey Rutter
Haynes and Boone, LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010-2007
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00257-CV
Tr.Ct.No. 2009-CV-0010-A
Style:   VIVIANA SOSA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
         ESTATE OF DESTINY SOSA, A DECEASED CHILD, AND JESSE SOSA v.
         UNION PACIFIC RAILROAD COMPANY AND ERNESTO ORTEGON

Appellee's motion for extension of time to file motion for rehearing in the above cause was this day GRANTED by this Court. The time has been extended to Friday, June 12, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

DER:ch